

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00536-CV

**IN RE DENNIS J. MARTINEZ**,

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

On July 30, 2014, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than AUGUST 13, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is **GRANTED**. The trial court is **ORDERED** to stay all proceedings in this matter until further order of this court, including but not limited to, any hearings on the real party in interest's request for temporary orders and attorney's fees.

It is so **ORDERED** on July 30, 2014.

**PER CURIAM**

ATTESTED TO:_____
                 Keith E. Hottle
                 Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-08209, styled *In the Interest of Desiree E. Martinez, An Adult Disabled Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn P. presiding.